JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| PARDEEP PARDEEP,<br><br>Petitioner,<br><br>v.<br><br>ERNESTO SANTACRUZ JR. et al.,<br><br>Respondents. | Case No. 2:26-cv-04624-DFM<br><br><br>JUDGMENT |

Pursuant to the Court's Order denying Petition for Writ of Habeas Corpus filed on May 15, 2026,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is **DENIED** and this action is **DISMISSED WITH PREJUDICE**. Because the case arises under 28 U.S.C. § 2241 and does not attack a State court detention, no ruling on a certificate of appealability is required. See 28 U.S.C. § 2253(c)(1); Harrison v. Ollison, 519 F.3d 952, 958 (9th Cir. 2008).

Date: May 18, 2026

DOUGLAS F. McCORMICK
United States Magistrate Judge